IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **John Sherwood and Tomasz Stracha** )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>**City of Chicago, a Municipal Corporation,** )<br>**Village of Oak Park, a Municipal** )<br>**Corporation, Hak Sa, Inc., D/B/A** )<br>**@Mosphere, Jeffrey Rodriguez, Giovanni** )<br>**Rodriguez, Eric Elkins, and Dwayne Jones,** )<br>)<br>Defendants. ) | Case No. **2019-CV-06605** |

NOTICE OF REMOVAL

Defendant City of Chicago by one of its attorneys, Caroline Fronczak, Deputy Corporation Counsel of the City of Chicago, respectfully request(s) removal of the above entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446 (a), based on the following grounds:

1. Defendant City of Chicago was named as a defendant in a civil action filed in the Circuit Court of Cook County of the State of Illinois, case number 18 L 10633, entitled *John Sherwood and Tomasz Stracha v. City of Chicago, et al.*

2. The Third Amended Complaint was filed on September 17, 2019 and the summons and Complaint were served upon the City of Chicago on September 23, 2019. See Summons and Third Amended Complaint attached hereto as Exhibit A.

3. Plaintiffs brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. In Counts I, II, VII and VIII, Plaintiff allege that the Defendant, City of Chicago, was subject to repeated notice of inappropriate actions of their employee without taking appropriate action to stop his behavior in violation of the Fourteenth Amendment of The United States Constitution.

The remaining counts make allegations under Illinois law that the plaintiffs were battered by defendants.

    4. Based on the allegations of the complaint and for reasons set forth above, Defendant is entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(a).

    WHEREFORE, Defendant City of respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 18 L 10633, be removed therefrom to this Court.

    Respectfully submitted,

    /s/ Caroline Fronczak
    Caroline Fronczak
    Deputy Corporation Counsel

30 N. LaSalle St., Suite 900
Chicago, IL 60602
(312) 744-5126
Atty. No. 06284817