LAV/NTV LIB.19217

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN SHERWOOD and TOMASZ STACHA, | |
| Plaintiffs, | Court No. 19-cv-06605 |
| v. | |
| CITY OF CHICAGO, a Municipal Corporation, VILLAGE OF OAK PARK, a Municipal Corporation, HAK SA, INC., d/b/a MOSPHERE, JEFFREY RODRIGUEZ, GIOVANNI RODRIGUEZ, ERIC ELKINS, and DWAYNE JONES, | Honorable Harry D. Leinenweber<br><br>Magistrate Judge Susan E. Cox |
| Defendants. | |

## DWAYNE JONES' MOTION FOR ENTRY OF AN AGREED ORDER ON GIOVANNI RODRGIUEZ'S COUNTERCLAIM FOR CONTRIBUTION AND FOR LEAVE TO FILE A RESPONSIVE PLEADING THERETO

NOW COMES Defendant, DWAYNE JONES, by his attorneys Lori A. Vanderlaan and Nathan T. Vanderlaan of the law firm of BEST, VANDERLAAN & HARRINGTON, and for his Motion for Entry of an Agreed Order on Defendant, GIOVANNI RODRIGUEZ'S Counterclaim for Contribution and for Leave for DWAYNE JONES to File a Responsive Pleading to GIOVANNI RODRIGUEZ'S Counterclaim for Contribution, states as follows:

1. On or about November 6, 2020, Giovanni Rodriguez filed a Counterclaim for Contribution against Dwayne Jones and Eric Elkins, which is attached hereto as "Exhibit A".

2. The allegations of Giovanni Rodriguez's Counterclaim for Contribution are essentially identical to the allegations of the Counterclaim for Contribution filed by Defendant, JEFFREY RODRIGUEZ, on December 4, 2018 against Dwayne Jones and Erik Elkins, a copy

of which is attached as "Exhibit B" (exhibits thereto are omitted so as not to unduly burden the Court with exhibits).

3. While this lawsuit was pending in the Law Division of the Circuit Court of Cook County, Dwayne Jones brought a Motion to Dismiss Jeffrey Rodriguez's Counterclaim for Contribution against him on the basis that said pleading improperly sought contribution for intentional tort liability. *See Ziarko v. Soo Line R. Co.,* 161 Ill.2d 267, 280 (1994) (no contribution in Illinois for liability arising out of intentional tort).

4. On August 2, 2019, Judge John P. Callaghan granted Dwayne Jones Motion to Dismiss the Counterclaim of Jeffrey Rodriguez. However, Jeffrey Rodriguez's Counterclaim for Contribution was permitted to stand subject to the August 2, 2019 Order ruling that Jeffrey Rodriguez's Counterclaim for Contribution is limited to seeking contribution arising from negligence only, and barring Jeffrey Rodriguez's Counterclaim for Contribution from seeking contribution for liability arising from intentional tort. *See August 2, 2019 Order*, attached as "Exhibit C".

5. Rather than moving to dismiss Giovanni Rodriguez's Counterclaim, counsel for Dwayne Jones, Eric Elkins, and Giovanni Rodriguez met and conferred, through which agreement was reached to enter an agreed order limiting the claims for contribution raised in Giovanni Rodriguez's Counterclaim to seeking contribution for liability arising from negligence only, and barring Giovanni Rodriguez's Counterclaim for Contribution from seeking contribution for liability arising from intentional tort. The Agreed Order agreed to by counsel for Dwayne Jones, Eric Elkins, and Giovanni Rodriguez is attached herewith as "Exhibit D".

6. Through these discussions, Counsel for Giovanni Rodriguez also agreed to provide Dwayne Jones an extension of time to file his responsive pleading to Giovanni

Rodriguez's Counterclaim while the parties worked to reach agreement on the language of the Agreed Order attached herewith as Ex. D. On the assumption this Court would be in agreement with entering the Agreed Order (Ex. D.), the parties also reached agreement that Dwayne Jones would have an extension of time and leave to file his Answer and Affirmative Defenses to Giovanni Rodriguez's Counterclaim for Contribution on or before January 28, 2021. Such relief is also included in the Agreed Order.

7. In light of the foregoing and the agreements of the parties as discussed herein, Dwayne Jones respectfully asks this Honorable Court to enter the Agreed Order attached as Exhibit D to this Motion.

WHEREFORE, Defendant, DWAYNE JONES, prays this Court enter the Agreed Order attached to this Motion as Exhibit D, limiting the claims for contribution asserted by Giovanni Rodriguez in his Counterclaim for Contribution to seeking contribution for liability arising from negligence only, and barring Giovanni Rodriguez's Counterclaim from seeking contribution for liability arising from intentional tort, and further providing Defendant, DWAYNE JONES, an extension of time and leave to file his Answer and Affirmative Defenses to Giovanni Rodriguez's Counterclaim on or before January 28, 2021.

                        Respectfully submitted,
                        **DWAYNE JONES**

By: _/s/ Nathan T. Vanderlaan_
      One of his attorneys

Lori A. Vanderlaan
Nathan T Vanderlaan
**Best, Vanderlaan & Harrington**
25 E. Washington St., Suite 800
Chicago, IL  60602
(312) 819-1100
(312) 819-8062 (Fax)
Per Supreme Court Rule 11, E-Service is accepted only at: **eservice@bestfirm.com**

3

Firm No. 37240

## CERTIFICATE OF SERVICE

    I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **Email** to the attorney(s) of record at the address(es) and/or facsimile number(s) of record from 25 E. Washington St., Suite 800, Chicago, IL prior to 5:00 p.m. on January 18, 2021.

/s/ Nathan T. Vanderlan
_____

4

Re:    Sherwood, et al. v. Jones, et al.
       Court No.:   18 L 10633
       BVH File:    LIB.19217

## **ATTORNEY SERVICE LIST**

Jerrica Feller
Caputo & Popovic, P.C.
739 S. Western Ave., Ste. 1
Chicago, IL 60612
(312) 300-3800
jfeller@caputolawfirm.com
Attorney for Defendant
Giovanni Rodriguez

Nicholas A. Caputo
Caputo & Popovic, P.C.
739 S. Western Avenue
Suite 1
Chicago, IL 60612
(312) 300-3800/(888) 463-5405 (F)
Attorney for Defendant
Giovanni Rodriguez

Timothy J. Cavanagh, Esq.
Cavanagh Law Group
ceb@CavanaghLawGroup.com
161 N. Clark St.
Suite 2070
Chicago, IL 60601
(312) 425-1900/(312) 425-1904 (F)
Attorney for Plaintiffs
John Sherwood and Tomasz Stacha

Kelly Cronin
Sanchez Daniels & Hoffman LLP
333 W. Wacker, #500
Chicago, IL 60606
(312) 641-1555
Attorney for Defendant
Eric Elkins

Thomas A. Gamache
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street
Suite 1100

Chicago, IL 60603
(312) 368-4554/(312) 368-4562 (F)
Attorney for Defendant
Hak Sa, Inc. d/b/a @Mosphere

John S. Huntley, Esq.
Sanchez, Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
(312) 641-1555/(312) 641-3004 (F)
Attorney for Defendant
Eric Elkins

Daniel J. Offenbach
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street
Suite 1100
Chicago, IL 60603
(312) 368-4554/(312) 368-4562 (F)
Attorney for Defendant
Hak Sa, Inc. d/b/a @Mosphere

Charles J. Prochaska
SmithAmundsen LLC
150 N. Michigan Ave., #3300
Chicago, IL 60601
(312) 894-3359
Attorney for Defendant
Jeffrey Rodriguez

Michael J. Sorich
Cavanagh Law Group
mjs@cavanaghlawgroup.com;clerk@CavanaghLawGroup.com
161 N. Clark St., Suite 2070
Chicago, IL 60601
(312) 425-1900
Attorney for Plaintiff
Tomasz Stacha